# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1133
LT Case No. 2022-CP-0180

_____

DAVID ALAN HEYMEN, JR.,

    Appellant,

    v.

TERESE LEE HEYMEN, STERLING
WAYNE HEYMEN, and DONALD
EUGENE HEYMEN,

    Appellees.

_____

On appeal from the Circuit Court for St. Johns County.
Kenneth J. Janesk, II, Judge.

Undine C. George, of Anastasia Law, PL, St. Augustine, for
Appellant.

Rachael Greene, of St. Johns Law Group, St. Augustine, for
Appellees.

May 21, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and MAKAR and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————